IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY P. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS P. STRIGENZ, Head Public Defender;<br><br>        Defendant. | 8:24CV495<br><br>**MEMORANDUM AND ORDER** |

    On January 23, 2024, the Court ordered Plaintiff to file a signed Motion for Leave to Proceed in Forma Pauperis ("IFP") within 30 days or face dismissal of this action. Filing No. 9. To date, Plaintiff has not submitted a signed IFP Motion or taken any other action in this matter.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. Plaintiff's pending IFP Motion, Filing No. 2, is denied as moot. The Court will enter judgment by a separate document.

    Dated this 3rd day of March, 2025.

BY THE COURT:

*John M. Gerrard*

    John M. Gerrard
    Senior United States District Judge
